```
                                            FILED
                                        08 APR 16 PM 4:24

                                                    [signature]
                                                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>        Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>FORTINO ALVARADO     )<br>        ORTEGA, ET AL.,  )<br>            )<br>        Defendant.  )<br>_____) | Criminal Case No. '08 CR 1192 BEN<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Fortino Alvarado Ortega, et al.</u>, Criminal Case No. 08CR0917-BEN.

DATED: April 16, 2008.

                                KAREN P. HEWITT
                                United States Attorney

                                /s/ J. Moore
                                JEFFREY D. MOORE
                                Assistant U.S. Attorney