LAW OFFICE OF OLIVER P. CLEARY
105 West F Street, Suite 411
San Diego, CA 92101
Telephone:   (619) 231-8874
Facsimile:   (619) 231-8875
opcleary@pacbell.net

Attorney for Defendant
ALEJANDRO ROSAS-CAMPIZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  08cr1192 BEN |
|                              ) | |
| Plaintiff,       ) | JOINT MOTION TO CONTINUE |
|                              ) | MOTION HEARING |
| v.                           ) | |
|                              ) | |
|                              ) | |
| ALEJANDRO ROSAS-CAMPIZ [2],  ) | |
|                              ) | |
| Defendants.      ) | |

IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and the Defendant, ALEJANDRO ROSAS-CAMPIZ, by and through his counsel, Oliver P. Cleary, that the motion hearing in the above entitled case scheduled for July 14, 2008, at 2:00 p.m., be continued to August 18, 2008 at 2:00 pm , for Mr. ROSAS-CAMPIZ.

The parties agree that the time between July 14, 2008 and August 18, 2008 at 2:00 pm, is excludable under the Speedy Trial Act.

1   A proposed order with respect to this joint motion is being submitted directly to the court
2   via efile_benitez@casd.uscourts.gov.

4   Defendant ROSAS-CAMPIZ is out on bond. Therefore, an acknowledgment of the next
5   court date will be filed before the next court date.

                                                                                                                         Respectfully submitted,

8   Dated: *June 30, 2008*                    *s/***Oliver P. Cleary**
                                              Attorney for Defendant ROSAS-CAMPIZ
                                              Email: opcleary@pacbell.net

11  Dated: *June 30, 2008*                    *s/***Carlos Arguello**
                                              Assistant United States Attorney
                                              Email: Carlos.Arguello2@usdoj.gov

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,          )   Case No.  08cr1192 BEN
                                   )
            Plaintiff,              )
                                   )   CERTIFICATE OF SERVICE
     v.                             )
                                   )
                                   )
ALEJANDRO ROSAS-CAMPIZ,             )
                                   )
            Defendant.              )

IT IS HEREBY CERTIFIED THAT:

I, OLIVER P. CLEARY, am a citizen of the United States and am at least eighteen years of age.  My business address is 105 West F Street, Suite 411, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Oliver P Cleary**
opcleary@pacbell.net, arleencastro@gmail.com

**Wayne Charles Mayer**
wcmayer@aol.com

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *June 30, 2008*                    s/**Oliver P. Cleary**
                                                 Attorney for Defendant ROSAS-CAMPIZ
                                                 Email:  opcleary@pacbell.net